ERNEST L. BLODGETT, Appellant, v. TEMPLE BETH EMETH, Respondent. — REYNOLDS, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.